IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NED CHARLES MCNULTY, II,

    Plaintiff,

v.

DR. BRIGETTE ESPINOZA,

    Defendant.

ORDER

Case No. 25-cv-229-jdp

---

NED CHARLES MCNULTY, II,

    Plaintiff,

v.

JENNIFER SAMPSON, RN,

    Defendant.

ORDER

Case No. 25-cv-230-jdp

---

Plaintiff Ned Charles McNulty, II, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin, has filed two proposed civil actions under 42 U.S.C. § 1983 alleging constitutional rights violations. Plaintiff requests leave to proceed without prepaying the filing fees.

This court uses one method to determine the indigency status of all institutionalized persons, even those like plaintiff who are not subject to the Prison Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint.

A certified copy of a resident account statement for the six-month period preceding the complaint must be provided if plaintiff intends to pursue a request to proceed without

prepaying the filing fee. Because plaintiff's complaint was submitted on March 26, 2025, the account statement should cover the period beginning approximately September 26, 2024 and ending approximately March 26, 2025. If plaintiff fails to submit an account statement by April 17, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily.

## ORDER

IT IS ORDERED that plaintiff Ned Charles McNulty, II may have until April 17, 2025 to submit a certified copy of a resident account statement for the period beginning approximately September 26, 2024 and ending approximately March 26, 2025. If plaintiff fails to respond to this order by April 17, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 26th day of March, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge